UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KING, | ORDER |
| Plaintiff, | 13-CV-4730 |
| – against – | |
| NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM (NYCERS), | |
| Defendant. | |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 05 2017 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

As stated on record at the hearing held on April 3, 2017, defendant's objections to the magistrate judge's report and recommendation dated January 12, 2017 are denied. *See* ECF No. 71. The magistrate judge's recommendation that plaintiff be awarded $194,794 in attorney's fees – $138,500 awarded to Mr. Pauk and $56,294 awarded to Brooklyn Legal Services – is affirmed. The clerk is ordered to enter judgment accordingly.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: April 3, 2017
Brooklyn, New York

